UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CURTIS WARD,

        Plaintiff,

v.                                                             NO. 12-cv-12933
                                                                               HON. PATRICK J. DUGGAN

FRANK MURPHY HALL OF JUSTICE,

        Defendant.
_____/

## OPINION AND ORDER OF SUMMARY DISMISSAL WITHOUT PREJUDICE

This is a civil rights complaint filed under 42 U.S.C. § 1983. *See* ECF No. 1. Plaintiff Curtis Ward, who is incarcerated in a Michigan prison, filed his *pro se* complaint, asserting that he was wrongfully convicted by Defendant, and that it should be prosecuted and held liable "for every penny."

On July 12, 2012, the Court issued an Order to Correct Deficiency, *see* ECF No. 4, because Plaintiff failed to submit the $350.00 filing fee or an Application to Proceed In Forma Pauperis. The Court required Plaintiff to correct the deficiencies by August 13, 2012, and cautioned that if he failed to do so, then the Complaint would be subject to dismissal for want of prosecution.

Under the Prison Litigation Reform Act ("PLRA"), if a prisoner wishes to proceed without prepayment of the filing fee, the prisoner must file a certified trust account statement and an affidavit of indigence with an authorization to withdraw funds from his prison account as they become available. 28 U.S.C. § 1915(a)(2); *McGore v. Wrigglesworth*, 114 F.3d 601, 605 (6th Cir. 1997).

Plaintiff has not paid the required $350.00 filing fee for this civil action nor has he submitted a proper Application to Proceed In Forma Pauperis.

Accordingly,

**IT IS ORDERED,** that Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**

for want of prosecution.

Dated: September 18, 2012            s/PATRICK J. DUGGAN
                                                         UNITED STATES DISTRICT JUDGE

Copies to:

Curtis Ward, # 241654
Gus Harrison Correctional Facility
2727 E. Beecher Street
Adrian, MI 49221